```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
UNITED STATES OF AMERICA,

                                              ORDER
           - against -
                                              16 Cr. 505 (NRB)
GREGORY LUCK,

                Defendant.
--------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Gregory Luck, who was sentenced on May 12, 2020 to time served plus two weeks, is to be released on May 26, 2020.  Immediately upon his release, Mr. Luck is required to self-quarantine for 14 days.  Mr. Luck must thereafter report to the probation department on June 9, 2020 at 10:00 am.

**SO ORDERED.**

Dated:      New York, New York
            May 21, 2020

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE