UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

16-CR-505 (NRB)

GREGORY LUCK

Defendant(s).

-------------------------------------------------------------------X

Defendant <u>GREGORY LUCK</u> hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

[X]   Violation of Supervised Release: Plea

[ ]   Conference Before a Judicial Officer

_____   _____
Defendant's Signature                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Gregory Luck                                            Matthew Kluger
Print Defendant's Name                          Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

Date: New York, New York
            Jan. 13, 2021

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE