**MATTHEW J. KLUGER, ATTORNEY AT LAW**
888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • Fax (718) 618-0140

March 9, 2021

By ECF
Honorable Naomi Rice Buchwald
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application to travel granted on the proposed conditions. Sentencing adjourned until May 4, 2021 at 10:30 am. SO ORDERED.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> March 9, 2021

Re: **United States v. Gregory Luck**
**16 Cr. 505 (NRB)**

Dear Judge Buchwald:

    I write on behalf of my client Gregory Luck. On January 13, 2021, Mr. Luck appeared telephonically before you Honor and pled guilty to violation of supervised release specification number one (failure to participate in substance abuse treatment). Sentencing is scheduled for March 10, 2021 at 12:00 p.m. For the reasons which follow, the defense respectfully requests that sentencing be adjourned for 60-days.

    Since his last appearance, Mr. Luck has been arrest-free and generally well-behaved. He has attended the majority of his substance-abuse treatment appointments, although he has still not completely stopped using marijuana and has tested positive on several occasions. It is the view of the parties (some more reluctantly than others) that with the Court's permission, Mr. Luck be afforded additional time before he is sentenced to demonstrate that he can stop using marijuana altogether, improve his overall attitude towards treatment and supervision, and seek gainful employment or vocational training.

    Finally, if it does not conflict with any of the Court's other orders, Mr. Luck seeks permission to travel to Baltimore for his Aunt's funeral from Thursday, March 11, 2021 to Saturday, March 13, 2021. Mr. Luck must provide address and travel information to P.O. Sandford before he leaves. Additionally, Mr. Luck must provide Officer Sandford with the names of the other residents at the home and acknowledgment that they are aware of his status as a sex offender and still consent to the visit. Assuming that everything meets with their approval *beforehand*, A.U.S.A. Lara Pomerantz, and Senior U.S. Probation Officer Stephen Sandford consent to this travel request.

Thank you.

                                                Respectfully submitted,

                                                /s/ *Matthew J. Kluger*
                                                Matthew J. Kluger, Esq.
                                                *Attorney for Gregory Luck*

cc:     A.U.S.A. Amanda Houle
        A.U.S.A. Lara Pomerantz
        Senior U.S. Probation Officer Stephen Sandford